UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SAND,

          Plaintiff,                          Case No. 1:14-CV-1155

v.                                  HON. ROBERT HOLMES BELL

JPMORGAN CHASE BANK, N.A., et al.,

          Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 29, 2014, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 36) recommending that Defendants' Motions to Dismiss (ECF Nos. 4, 14, 20, 21, 24) be granted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 29, 2014, R&R (ECF No. 36) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Motions to Dismiss filed by Defendants JPMorgan Chase Bank, N.A, Prolending Mortgage, Barbara C. Schneider, All Star Locating, Inc., and Bank of America (ECF Nos. 4, 14, 20, 21, 24) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint  is **DISMISSED** in its entirety for lack of standing.


Dated: <u>January 21, 2015</u>                    <u>/s/ Robert Holmes Bell                </u>
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE

2